**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JEFFREY LAMONT TAYLOR,** | No. C 14-3183 TEH (PR) |
| Plaintiff, | ORDER OF TRANSFER |
| v. | |
| R. LANKFORD, et al., | |
| Defendants.         / | |
| **JEFFREY LAMONT TAYLOR,** | No. C 14-3184 TEH (PR) |
| Plaintiff, | ORDER OF TRANSFER |
| v. | |
| OFFICER MORRIS, et al., | |
| Defendants.         / | |
| **JEFFREY LAMONT TAYLOR,** | No. C 14-3185 TEH (PR) |
| Plaintiff, | ORDER OF TRANSFER |
| v. | |
| OFFICER WALKER, et al., | |
| Defendants.         / | |

On July 15, 2014, Plaintiff Jeffrey Lamont Taylor, a California prisoner incarcerated at the California Substance Abuse Treatment Facility, filed three petitions for a writ of habeas corpus designated case numbers C 14-3183 TEH (PR), C 14-3184 TEH (PR), and C 14-3185 TEH (PR).

Plaintiff's various complaints, however, allege civil rights claims in that he complains about the conditions of his confinement rather than the fact of his confinement or the length of

it. Specifically, he complains of deliberate indifference to his serious medical needs and disability discrimination.

The acts complained of in the three actions occurred at High Desert State Prison, which is located in Lassen County in the Eastern District of California, and at California State Prison, Corcoran, which is located in Kings County, also in the Eastern District of California. Venue, therefore, properly lies in the Eastern District and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, and in the interests of justice, the actions are TRANSFERRED to the United States District Court for the Eastern District of California. See §§ 28 U.S.C. 1404(a), 1406(a). The Clerk shall transfer the files forthwith.

Because it has construed the actions as civil rights actions, the Court further directs the Clerk to re-code the actions under the following nature of suit: "555 Prisoner: Prison Condition."

IT IS SO ORDERED.

DATED   *07/22/2014*   _____
**THELTON E. HENDERSON**
United States District Judge

G:\PRO-SE\TEH\HC.14\TaylorHCs 14-3183--14-3185.wpd

2